HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GASTON CORNU-LABAT,

        Plaintiff,

   v.

QUINCY VALLEY MEDICAL CENTER, et al,

        Defendant.

CASE NO. C14-5383RBL

ORDER DISMISSING COMPLAINT AGAINST DEFENDANTS

    The Complaint in this matter was filed on May 7, 2014. An Order to Show Cause [Dkt. #4] was filed, giving plaintiff until September 30, 2014 to respond as to why this matter should not be dismissed for lack of prosecution. To date there has been no response or proof filed that defendants have been served pursuant to FRCP4(m). The plaintiff has failed to prosecute this action against the above-named defendants. It is hereby

    **ORDERED** that this matter is hereby **DISMISSED.**

    Dated this 16th day of October, 2014.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE